IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02591-LTB

DERIC VAN FLEET,

    Plaintiff,

v.

KIT CARSON CORRECTIONAL FACILITY,
LT. VIGIL, and
MRS. DAVIS, Case Manager,

    Defendants.

---

## JUGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 17, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 17 day of November, 2014.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/T.Schaffer
            Deputy Clerk